# UNITED STATES DISTRICT COURT

Southern District of Texas

| UNITED STATES OF AMERICA<br>V.<br>RUBI ESMERELDA MONSIVAIS | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>SA:20-CR-324-02 | District of Arrest<br>5:20-MJ-1609-01 | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

√ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of   18 & 8   U.S.C. §   922(g)(5) & 1326(a)

**DISTRICT OF OFFENSE**
Western District of Texas/San Antonio Division

**DESCRIPTION OF CHARGES:**

Illegal Alien possession of a firearm, & Illegal re-entry into the United States.

U.S. MARSHAL'S OFFICE
BY: _[signature]_
DATE: 8-11-20
TIME: 8:31 am

**CURRENT BOND STATUS:**

    Bail fixed at _____ and conditions were not met
    Government moved for detention and defendant detained after hearing in District of Arrest
    Government moved for detention and defendant detained pending detention hearing in District of Offense
√ Other (specify)   Deft waives all hearings in the SDTX-Laredo Division

| Representation: | Retained Own Counsel | ✔ Federal Defender Organization | CJA Attorney | None |
|---|---|---|---|---|
| Interpreter Required? | No | ✔ Yes | Language: | Spanish |

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

August 11, 2020                                _[signature]_
      Date                                                    Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |